UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-06710 ODW (ADS)                               Date:  November 22, 2021

Title:  *Thompson v. Mayorkas, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On August 19, 2021, Plaintiff Stephanie L. Thompson filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1.)  Plaintiff was ordered to obtain a summons and serve the summons and complaint by November 17, 2021.  Without obtaining a summons from the Court, on October 1, 2021, Plaintiff filed a Proof of Service showing that she herself had served various documents on one of the three defendants, Alejandro N. Mayorkas.  (Dkt. No. 9.)  The Proof of Service reflects that Plaintiff served a "civil cover sheet, notice of interested parties, pleading page for document, doctors note, declaration in support, pro se clinic form."  (<u>Id.</u>)  As of the date of this order, however, the record does not show that Plaintiff has served the summons and complaint on any of the defendants, and no defendant has appeared in the case.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute the case by failing to serve the summons and complaint on any of the defendants.  Plaintiff must file a written response by no later than **December 6, 2021**.  Plaintiff may respond by obtaining and serving the summons and complaint consistent with Federal Rule of Civil Procedure 4 and by filing the respective proofs of service.

//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-06710 ODW (ADS)   Date:  November 22, 2021

Title:  *Thompson v. Mayorkas, et al.*

  Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

  **IT IS SO ORDERED.**

Initials of Clerk kh