UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06710 ODW (ADS)                              Date: January 13, 2022

Title: *Thompson v. Mayorkas, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On August 19, 2021, Plaintiff Stephanie L. Thompson filed a civil rights complaint pursuant 42 U.S.C. § 1983. (Dkt. No. 1.) On December 2, 2021, Plaintiff served the defendants with certain documents. (Dkt. No. 12.) The defendants' answer was due January 3, 2022. (See id.) As of the date of this order, no answer has been filed, and Plaintiff has failed to request entry of default pursuant to Federal Rule of Civil Procedure 55(a) ("Rule 55(a)").

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution. Plaintiff may respond to this order (1) by filing a written response explaining why she has failed to prosecute this case or (2) by requesting that the clerk of court enter default pursuant to Rule 55(a). **Plaintiff's response is due by January 27, 2022**.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh