UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06710 ODW (ADS)                              Date: February 18, 2022

Title: *Thompson v. Mayorkas, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On January 24, 2022, Plaintiff Stephanie L. Thompson filed a Request for Entry of Default. (Dkt. No. 14.) Three days later, the Clerk of Court issued a Notice of Deficiency explaining that the Request for Entry of Default could not be entered because there was no declaration as required under Federal Rule of Civil Procedure 55(a) and the proof of service was lacking information. (Dkt. No. 17.) As of the date of this Order, Plaintiff has not filed a renewed Request for Entry of Default with the required information.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff may respond to this Order (1) by filing a written response explaining why she has failed to file a renewed Request for Entry of Default or (2) by filing a renewed Request for Entry of Default with the required information. Plaintiff's response is due by **February 28, 2022**.

**Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh