UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06710 ODW (ADS)  Date: April 14, 2022

Title: *Thompson v. Mayorkas, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 22, 2022, Plaintiff Stephanie L. Thompson filed a Request for Entry of Default and a Request for Default Judgment. (Dkt. Nos. 22, 23.) Two days later, the Clerk of Court issued a Notice of Deficiency. (Dkt. No. 26.) In it, the Clerk of Court noted that the Request for Entry of Default could not be entered because (1) Plaintiff failed to include a declaration with the information required under Federal Rule of Civil Procedure 55(a), and (2) Plaintiff did not file an "original or a copy of the completed return of service of registered or certified mail indicating that the mail was received by the office of the United States Attorney and the office of the Attorney General of the United States" with the original proof of service. (Id.) Accordingly, the Clerk of Court noted that default judgment could not be entered without an entry of default. (Id.) As of the date of this order, Plaintiff has not sought to rectify the problems noted in the Notice of Deficiency.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff must file a written response by no later than **April 28, 2022**. Plaintiff may respond to this Order by complying with one of the following two options. First, Plaintiff may file the original or a copy of the completed return of service of registered or certified mail showing the defendants received a copy of the summons and complaint. Once Plaintiff has filed that proof, Plaintiff may refile a Request for Entry of Default. Second, Plaintiff may obtain another summons and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06710 ODW (ADS)                           Date: April 14, 2022

Title: *Thompson v. Mayorkas, et al.*

effectuate service on the defendants as required under Federal Rule of Civil Procedure 4(i).

     Plaintiff is expressly warned that failure to comply with this Order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

     Plaintiff is also notified that there are Federal Pro Se Clinics, which offer on-site information and guidance to individuals proceeding without a lawyer.  There are three clinic locations, Los Angeles, Riverside and Santa Ana.  Additional information about the clinics is available at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

     **IT IS SO ORDERED.**

Initials of Clerk kh