UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06710 ODW (ADS)          Date: July 20, 2022

Title: *Thompson v. Mayorkas, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On April 26, 2022, Plaintiff Stephanie L. Thompson filed a proof of service showing that she served a copy of the summons and relevant complaint on the defendants. (Dkt. No. 32.) The defendants' answers were due on June 26, 2022. As of the date of this Order, the defendants have neither filed their answers nor filed any responsive pleadings. Moreover, Plaintiff has failed to request entry of default pursuant to Federal Rule of Civil Procedure 55(a) ("Rule 55(a)").

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution. In the alternative, Plaintiff may discharge this Order by requesting that the Clerk of Court enter default pursuant to Rule 55(a). Plaintiff's response is due by no later than **August 3, 2022**.

Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-06710 ODW (ADS)                                              Date:  July 20, 2022

Title:  *Thompson v. Mayorkas, et al.*

    Plaintiff is reminded that there are Federal Pro Se Clinics, which offer on-site information and guidance to individuals proceeding without a lawyer.  There are three clinic locations, Los Angeles, Riverside and Santa Ana.  Additional information about the clinics is available at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

    **IT IS SO ORDERED.**

Initials of Clerk kh